## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

J.W., individually and on behalf of   :
minor children C.W., D.W. and M.W.;   :
S.H., individually and on behalf of   :
minor children C.H. and D.H., C.H.,   :
individually and on behalf of minor   :
child M.J.L.; N.J., individually and on   :
behalf of minor children J.J. and J.K.;   :
R.M., individually and on behalf of   :
minor child M.M.; C.A., individually   :
and on behalf of minor child F.J.A.,   :
                     Petitioners   :
  :
           v.   :     No. 297 M.D. 2021
  :
Acting Secretary of the Pennsylvania   :
Department of Health, Alison Beam,   :
                   Respondent   :

**PER CURIAM**                 **O R D E R**

NOW, December 9, 2021, upon consideration of Petitioners' application for reconsideration, and Respondent's answer in response thereto, the application is denied.